1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  DIONE C. WRENN, ESQ.
   Nevada Bar No. 13285
3  **GORDON REES SCULLY MANSUKHANI, LLP**
4  300 South 4th Street, Suite 1550
   Las Vegas, Nevada 89101
5  Telephone:  (702) 577-9300
   Facsimile:  (702) 255-2858
6  E-Mail:  rschumacher@grsm.com
7             dwrenn@grsm.com

8  *Attorneys for Defendant,*
   *DIGNITY HEALTH REHABILITATION HOSPITAL*
9

10               **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12 LENORA WOODWARD,                    )   CASE NO.  2:21-cv-01598-JCM-VCF
                                       )
13              Plaintiff,             )
                                       )
14                                     )   **STIPULATION AND ORDER FOR**
       v.                              )   **DISMISSAL WITH PREJUDICE**
15                                     )
16 DIGNITY HEALTH REHABILITATION       )
   HOSPITAL,                           )
17                                     )
              Defendant.               )
18                                     )

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---
-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS DIGNITY
HEALTH REHABILITATION HOSPITAL**

2

3

Defendant DIGNITY HEALTH REHABILITATION HOSPITAL, ("DIGNITY

4

HEALTH") by and through its counsel, Robert E. Schumacher, Esq. and Dione C. Wrenn, Esq.,

5

of the law firm GORDON REES SCULLY MANSUKHANI LLP and Plaintiff LENORA WOODARD

6

("Plaintiff") (erroneously named "Lenora Woodward") by and through her counsel, David A.

7

Welling, Esq. of the law firm CHOKEN WELLING LLP and Jason R. Maier, Esq. and Danielle J.

8

Barraza, Esq., of the law firm MAIER GUTIERREZ & ASSOCIATES hereby stipulate to the dismissal

9

with prejudice of all claims against Dignity Health in the above-entitled matter.  The parties

10

further stipulate that all parties are to bear their own fees and costs.

11

DATED this 12th day of May 2022.          DATED this 9 day of May 2022.

12

**GORDON REES SCULLY**               **CHOKEN WELLING, LLP**
**MANSUKHANI**

13

14

_____              _____
ROBERT E. SCHUMACHER, ESQ.            DAVID A. WELLING, ESQ.

15

Nevada Bar No. 7504                   Ohio Bar No. 4265 (*admitted pro hac vice*)
DIONE C. WRENN, ESQ.                  3020 W. Market St.

16

Nevada Bar No. 13285                  Akron, OH  44333
300 South 4th St., Suite 1550

17

Las Vegas, NV 89101                   **MAIER GUTIERREZ**
*Attorneys for Defendant*             JASON R. MAIER, ESQ.

18

Nevada Bar No. 8557

19

DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822

20

8816 Spanish Ridge Ave.
Las Vegas, NV 89148

21

*Attorneys for Plaintiff*

22

**ORDER**

23

**IT IS SO ORDERED.**

24

25

_____

26

**UNITED STATES MAGISTRATE JUDGE**

27

**DATED: _____**

28

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-2-