ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail:  rschumacher@grsm.com
               dwrenn@grsm.com

*Attorneys for Defendant,*
*DIGNITY HEALTH REHABILITATION HOSPITAL*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LENORA WOODWARD, | ) | CASE NO.  2:21-cv-01598-JCM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER FOR** |
| v. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| DIGNITY HEALTH REHABILITATION | ) | |
| HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

///
///
///
///
///
///
///
///
///
///

-1-

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS DIGNITY HEALTH REHABILITATION HOSPITAL**

Defendant DIGNITY HEALTH REHABILITATION HOSPITAL, ("DIGNITY HEALTH") by and through its counsel, Robert E. Schumacher, Esq. and Dione C. Wrenn, Esq., of the law firm GORDON REES SCULLY MANSUKHANI LLP and Plaintiff LENORA WOODARD ("Plaintiff") (erroneously named "Lenora Woodward") by and through her counsel, David A. Welling, Esq. of the law firm CHOKEN WELLING LLP and Jason R. Maier, Esq. and Danielle J. Barraza, Esq., of the law firm MAIER GUTIERREZ & ASSOCIATES hereby stipulate to the dismissal with prejudice of all claims against Dignity Health in the above-entitled matter.  The parties further stipulate that all parties are to bear their own fees and costs.

DATED this 12th day of May 2022.        DATED this 9 day of May 2022.

**GORDON REES SCULLY MANSUKHANI**

ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th St., Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant*

**CHOKEN WELLING, LLP**

DAVID A. WELLING, ESQ.
Ohio Bar No. 4265 (*admitted pro hac vice*)
3020 W. Market St.
Akron, OH 44333

**MAIER GUTIERREZ**
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** May 16, 2022
_____

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-2-